# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-07-00388-CR

**Inette Wesley, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 5 OF TRAVIS COUNTY
### NO. C-1-CR-06-725323
### HONORABLE NANCY WRIGHT HOHENGARTEN, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Inette Wesley appeals a conviction for making a false report. The reporter's record has not been filed and is overdue. The Court has been advised by the court reporter that no arrangement for payment has been made. *See* Tex. R. App. P. 35.3(b)(3). Appellant was represented by retained counsel at trial, but she represents herself on appeal. Appellant did not file an affidavit of indigence or request a free record on appeal. However, in correspondence to this Court, appellant states that she cannot afford to pay for the reporter's record.

In the interest of justice, the appeal is abated and the county court at law is instructed to determine, following a hearing if necessary, whether appellant is presently indigent. If the court finds that appellant is indigent, it shall order the preparation of the reporter's record at no cost to

appellant.  Copies of all findings, conclusions, and orders, and a transcription of the reporter's notes

if a hearing is held, shall be tendered for filing in this Court no later than January 18, 2008.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Pemberton

Abated

Filed:   December 21, 2007

Do Not Publish